UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRY A. JONES, et al., | ) | 1:05-CV-0257-OWW-SMS |
| | ) | |
| Plaintiff, | ) | ORDER DEEMING MOTION FOR |
| | ) | RECONSIDERATION (DOC. 18) TO BE |
| | ) | OBJECTIONS TO FINDINGS AND |
| v. | ) | RECOMMENDATIONS |
| | ) | |
| DAVID MACHER, et al., | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS (DOC. 17) |
| Defendants. | ) | |
| | ) | ORDER DIRECTING THAT THIS ACTION |
| | ) | BE DISMISSED |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis who filed a civil rights action pursuant to 42 U.S.C. § 1983. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

   On April 27, 2005, Magistrate Judge Sandra M. Snyder filed findings and a recommendation that the Court dismiss Plaintiff's complaint without leave to amend because it failed to state a claim upon which relief could be granted. Plaintiff was granted thirty days within which to file objections. The findings and recommendation were served on all parties on April 27, 2005.

   On May 11, 2005, Plaintiff filed what was entitled "MOTION:

1

TO RECONSIDER THE ORDER TO RECOMENDATION TO BE DISMISS" (sic). Review of this documents reveals that it responds to the findings and recommendation of the Court. Thus, the Plaintiff's motion to reconsider is construed as, and IS DEEMED to be, OBJECTIONS to the findings and recommendations.

The undersigned has considered the objections and has determined there is no need to modify the findings and recommendations based on the points raised in the objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 27, 2005, are ADOPTED IN FULL; and

2. The action IS DISMISSED with prejudice for failure to state a claim upon which relief may be granted; and

3. The Clerk of Court IS DIRECTED to close this action because this order terminates the action in its entirety. IT IS SO ORDERED.

Emm0d6**Dated:   May 19, 2005**            **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE

2